UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON KIRKENDALL and RESHON FARMER, | |
| Plaintiffs, | |
| v. | Case No. 14-cv-772-JPG-SCW |
| RICK WATSON, JACK DINGES, OFFICER NICHOLS, LEVI BRIDGES, and CAMERON REID, | |
| Defendants. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to dismiss filed by defendants Rick Watson, Jack Dinges, Officer Nichols, Levi Bridges and Cameron Reid (Doc. 40). Following the recommendation of Magistrate Judge Stephen C. Williams (Doc. 44), the Court ordered plaintiff Reshon Farmer to respond to the motion to dismiss on or before July 6, 2015, identifying the dates he was detained at the St. Clair County Jail and the period that he experienced the conditions alleged in his complaint. It further warned Farmer that if he failed to adequately respond to the defendants' motion to dismiss in a timely manner, the Court would construe that failure as an admission of the merits of the motion's position that Farmer's claims are barred by the statute of limitations and would dismiss those claims with prejudice (Doc. 46).

Farmer has not responded to the defendants' motion as ordered. Accordingly, as it warned it would, pursuant to Local Rule 7.1(c) the Court construes Farmer's failure as an admission of the merits of the defendants' motion, **GRANTS** the motion to dismiss (Doc. 40) and **DISMISSES** Farmer's claims **with prejudice**. The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 21, 2015**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
